

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2015

No. 04-14-00742-CR

Andres Solis **VIELMA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-12304-CR
Honorable Bert Richardson, Judge Presiding

# O R D E R

On March 9, 2015, this Court received appellant's court-appointed attorney's motion to withdraw and brief filed pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which counsel asserts there are no meritorious issues to raise on appeal. Counsel attested she informed appellant of his right to file his own brief, as required by *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.). *See Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

On March 16, 2015, appellant asserted his right to file a *pro se* brief by filing a motion for pro se access to the appellate record. On March 18, 2015, this Court received Mr. Vielma's letter, in which he requests information on how to get an attorney appointed for his appeal. Mr. Vielma states he believes he has a meritorious appealable issue regarding whether he received an excessive sentence. On March 23, 2015, this court received a letter from Vielma's court-appointed attorney requesting that he be appointed counsel "to review his claims."

Counsel's motion to withdraw is held in abeyance until this Court enters disposition of it or of the appeal. Therefore, counsel is still Vielma's court-appointed counsel for appeal and must "review his claims." Based upon counsel's most recent letter advisory to this Court, it appears counsel may need additional time to consult with her client, Mr. Vielma, regarding the appellate issues he finds meritorious and to review the record to determine if Mr. Vielma's potential issues have merit.

It is ordered appellant's counsel file an advisory with this Court on or before 10 days from the date of this order advising the Court: (1) that she has consulted her client; (2) that she has reviewed the record to determine if there are any meritorious issues for appeal; and (3) advising the court whether she desires to retain the *Anders* brief or file a substantive brief. If counsel desires to retain the *Anders* brief, counsel must certify to this court that she advised Vielma of his right to file his own pro se brief on appeal and the steps necessary to do so.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court